1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   CESAR GALVAN-ZAMORA
7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | Case No. 1:18-cr-00262-LJO-SKO
12 |         Plaintiff,                |
13 | vs.                               | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**
14 | CESAR GALVAN-ZAMORA,              |
15 |         Defendant.                |

16

17      IT IS HEREBY STIPULATED, by and between the parties, through their respective

18 counsel, Assistant United States Attorney Laura Withers, counsel for the plaintiff, and Assistant

19 Federal Defender Hope Alley, counsel for Cesar Galvan-Zamora, that the Court continue the

20 February 11 status conference to February 25 at 8:30 a.m.

21      This case is a Fast-Track case, but defense counsel needs a short continuance to adequately

22 investigate the case and advise her client. Accordingly, the parties request a short continuance of

23 one week. The parties also request for time to be excluded under the Speedy Trial Act for defense

24 preparation and investigation.

25 //

26 //

27 //

28 //

Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Date: February 8, 2019                */s/ Laura Withers*
                                        Laura Withers
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: February 8, 2019                */s/ Hope Alley*
                                        HOPE ALLEY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        CESAR GALVAN-ZAMORA

## **O R D E R**

The Court accepts the above stipulation and adopts its terms as the order of this Court. Accordingly, the February 11 status conference set in Case No. 1:18-cr-00262-LJO-SKO is hereby continued to February 25, 2019 at 8:30 a.m. Time will be excluded under the Speedy Trial Act up through February 25, 2019 for defense preparation and investigation purposes.

IT IS SO ORDERED.

Dated:   **February 8, 2019**              /s/ Lawrence J. O'Neill
                                                UNITED STATES CHIEF DISTRICT JUDGE